IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 19–09–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN CHARLES GOUDREAUX, | |
| Defendant. | |

Defendant having filed an Unopposed Motion for Late Filing of Sentencing Support Letters (Doc. 30),

IT IS ORDERED that the Motion (Doc. 30) is GRANTED. Defendant shall file any letters in support by July 26, 2019.

DATED this 25th day of July, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

-1-