IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–09–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN CHARLES GOUDREAUX, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Timothy J. Cavan's Findings & Recommendations Regarding Revocation of Supervised Release. (Doc. 53.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan found, based on Mr. Goudreaux's admissions at the hearing, that he violated five conditions of supervised release: the mandatory condition that

1

he not commit another federal, state, or local crime (Mand. Cond. 1), the special condition that he participate in an outpatient program of substance abuse treatment (Spec. Cond. 5), the special condition that he abstain from the consumption of alcohol (Spec. Cond. 6), the mandatory condition that he refrain from any unlawful use of a controlled substance (Mand. Cond. 3), and the standard condition that he notify the probation officer within 72 hours if he is arrested or questioned by law enforcement (Stand. Cond. 9).  (Doc. 53 at 5.)

Judge Cavan recommends that this Court revoke Mr. Goudreaux's supervised release and sentence him to a custodial sentence of four (4) months imprisonment, followed by twelve (12) months of supervised release.  (*Id.* at 6.)  The Court finds no clear error in Judge Cavan's Findings and Recommendations and adopts them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations (Doc. 53) is ADOPTED in full.

Mr. Goudreaux shall be sentenced in conformity with Judge Cavan's recommendation in the judgment filed concurrently with this Order.

DATED this 22nd day of March, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court